AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Francesco Santora ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-01055 |
| Copyright Claims Board ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Copyright Claims Board                                                                                     .

Date:   06/20/2025                                   /s/ Jenna Munnelly
                                                             *Attorney's signature*

                                                             Jenna Munnelly
                                                             *Printed name and bar number*

                                                             1100 L St. NW
                                                             Room 8408
                                                             Washington, DC 20530
                                                             *Address*

                                                             jenna.e.munnelly@usdoj.gov
                                                             *E-mail address*

                                                             (202) 616-1061
                                                             *Telephone number*

                                                             (202) 307-0345
                                                             *FAX number*