UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCESCO SANTORA, <br><br> Plaintiff, <br><br> v. <br><br> COPYRIGHT CLAIMS BOARD, <br><br> Defendant. | No. 25-cv-01055 <br><br> Judge Timothy J. Kelly |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION TO STRIKE DEFENDANT'S UNAUTHORIZED SUR-REPLY DISGUISED
AS A "RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY"**

Defendant, the Copyright Claims Board (the CCB), hereby submits its response in opposition to Plaintiff, Francesco Santora's Motion to Strike Defendant's Unauthorized Sur-Reply Disguised as a "Response to Notice of Supplemental Authority," Dkt. 46.

While Mr. Santora's Motion to Strike lacks merit, the CCB provides this Opposition to clarify the timeline of the various motions filed by Mr. Santora. The email attached to Mr. Santora's August 13, 2025 Motion to Strike, Dkt. 46-1, was sent to counsel for the CCB at approximately 6AM EST on August 12, 2025.[1] While the email was stylized as a "Rule 7(m) Consultation" and made a request of counsel for the CCB, *see id.*, Mr. Santora filed his Notice of Supplemental Authority—addressing the substance of his email—just three hours later without waiting for any response from counsel for the CCB. *See* Dkt. 44 (filed at approximately 9AM EST). The CCB then filed its Response to Mr. Santora's Notice of Supplemental Authority,

---

[1] The CCB notes that in its Response to Mr. Santora's Notice of Supplemental Authority it inadvertently cited to Dkt. 44-2 as the email it received from Mr. Santora prior to the filing of Mr. Santora's Notice of Supplemental Authority. *See* Dkt. 45 at 1. The email received from Mr. Santora prior to the filing of Dkt. 44 and Dkt. 45 is Dkt. 46-1 and was received at approximately 6AM EST on August 12, 2025. *See also* Dkt. 45 at 1.

1

noting it had received an email from Mr. Santora that morning and that the CCB was "limit[ing] its response to the alleged supplemental authority." Dkt. 45 at 1 n.1. Shortly thereafter, Mr. Santora filed the instant Motion to Strike.

The CCB submits that Mr. Santora's August 12, 2025, 6AM EST email is not a meaningful attempt to comply with Local Rule 7(m), in substance and for at least the reason that it was received prior to the filing that Mr. Santora now moves to strike. Moreover, for the reasons stated in the CCB's Response to Mr. Santora's Notice of Supplemental Authority, the CCB's Response was proper. *See* Dkt. 45.

Mr. Santora's continued repetitive and meritless filings serve only to disrupt any attempt at an orderly briefing process or resolution of his claims on the merits. The CCB respectfully requests that the Court consider limiting or staying further filings and briefing on any side issues pending the completion of briefing and resolution of the CCB's forthcoming motion to dismiss.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General |
| Of Counsel:<br>PHILIP CHARLES STERNHELL<br>Assistant Director<br>MARGARET S. HIBNICK<br>Trial Attorney<br>U.S. Dept. of Justice<br><br><br>EMILY L. CHAPUIS<br>Acting General Counsel<br>JOHN R. RILEY<br>Acting Deputy General Counsel<br>U.S. COPYRIGHT OFFICE | SCOTT BOLDEN<br>Director<br><br>/s/ Jenna Munnelly<br>JENNA MUNNELLY<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC 20530<br>Email: jenna.e.munnelly@usdoj.gov<br>Telephone:   (202) 616-1061 |
| Dated:  August 20, 2025 | *Attorneys for the Defendant* |