**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FRANCESCO SANTORA,

  *Plaintiff*,

 v.

COPYRIGHT CLAIMS BOARD,

  *Defendant*.

Civil Action No. 25-1055 (TJK)

**<u>ORDER</u>**

  For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF No. 49, is **GRANTED**. It is further **ORDERED** that this case is **DISMISSED**. This is a final, appealable order. The Clerk of Court is directed to close the case.

  **SO ORDERED.**

          /s/ Timothy J. Kelly
          TIMOTHY J. KELLY
          United States District Judge

Date: March 26, 2026